PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Sidhom                                  Cr.: 07-00927-001

Name of Sentencing Judicial Officer: David G. Trager (ED/NY)

Name of Newly Assigned Judicial Officer: Susan D. Wigenton

Date of Original Sentence: 07/09/03

Original Offense: Conspiracy to Distribute Controlled Substances (MDMA)

Original Sentence: Imprisonment 51 months, Supervised Release 3 years, Special Conditions: drug testing and treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/11/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender violated the condition of supervision which states, **"The defendant shall not commit any federal, state, or local crime."** |
| | On January 15, 2008, the offender was arrested in Jersey City and charged with shoplifting. According to the complaint, he attempted to shoplift approximately $68 from a Lowes Home Improvement store. |

U.S. Probation Officer Action:

Following this arrest, Mr. Sidhom was contacted whereby the incident was discussed at length. The offender maintains his innocence on this charge and understands that a conviction would constitute a violation of his conditions. Because the offender has been otherwise compliant, we respectfully recommend that no action be taken while we monitor the final outcome of this case.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 01/23/08

PROB 12A - Page 2
Joseph Sidhom

***No Response is necessary unless the court directs that additional action be taken as follows:***

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

January 30, 2008
Date