PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Sidhom      **Docket Number:** 07-00927-001
     **PACTS Number:** 34155

**Name of Sentencing Judicial Officer:** Honorable David G. Trager, Eastern District of New York

**Name of Newly Assigned Judicial Officer:** Honorable Susan D. Wigenton

**Date of Original Sentence:** 07/09/2003

**Original Offense:** Conspiracy to Distribute Controlled Dangerous Substances (MDMA)

**Original Sentence:** 51 months imprisonment; 3 years supervised release. Special conditions: Drug testing and treatment

**Type of Supervision:** Supervised release      **Date Supervision Commenced:** 12/11/06

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On October 29, 2009, the offender was arrested by the Upper Saddle River Police Department and charged with the following offenses: 1) Possession of a Weapon for an Unlawful Purpose; 2) Simple Assault; 3) Terroristic Threats. |

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C - Page 2
Joseph Sidhom

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Adriana Garcia
U.S. Probation Officer

/ag

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 12/8/09 @ 10:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

November 24, 2009
_____
Date